# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

CARLA J. LANGE,                          )
                                         )
                          Plaintiff,     )
            vs.                          )        1:05-cv-1552-RLY-WTL
                                         )
JO ANNE B. BARNHART, Commissioner        )
 of the Social Security Administration,  )
                                         )
                          Defendant.     )

# E N T R Y

## I.

The defendant's motion to withdraw her motion to dismiss, filed on March 22, 2006, is **granted.**  The defendant's motion to dismiss is **withdrawn.** The defendant's motion for leave to file her answer instanter is also **granted.**  The **clerk** shall **file and docket** the defendant's answer.

## II.

The plaintiff shall have **through May 1, 2006,** in which to submit a brief in support of her complaint and in which to file a separate motion for the remand of this action for consideration of new evidence, if a remand is sought.

The Commissioner shall have thirty (30) days after the filing of the plaintiff's brief and/or separate motion for remand in which to respond, and the plaintiff shall have fifteen (15) days after the filing of such response in which to reply.

### IT IS SO ORDERED.

Date: _____
      03/28/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper, UNITED STATES ATTORNEY'S OFFICE, tom.kieper@usdoj.gov
Carla J. Lange, 340 Coquina Key Lane, Apt. B., Indianapolis, IN 46224

**NOTE TO CLERK:  PROCESSING THIS DOCUMENT REQUIRES ACTIONS OTHER THAN DOCKETING AND DISTRIBUTION.**